| 15-345 | Burke v. State | Reconsideration denied | 10/27/15 | Orig. Juris. | 125/904 |
|--------|----------------|------------------------|----------|--------------|---------|
| 15-363 | State v. Arel | Denied | 10/27/15 | Orig. Juris. | 125/904 |
| 15-374 | Doe v. Caledonia Central Supervisory Union | Denied | 10/27/15 | Orig. Juris. | 125/904 |
| 15-401 | Burke v. State | Dismissed | 10/27/15 | Orig. Juris. | 125/904 |
| 15-387 | State v. Velez | Dismissed | 10/28/15 | Frank. Crim. | 125/904 |
| 15-400 | In re Rinaldo | Dismissed | 10/28/15 | HSB | 125/904 |
| 15-403 | State v. Bangoura | Dismissed | 10/28/15 | Chit. Crim. | 125/904 |
| 15-056 | State v. Snyder | Reargument denied | 11/3/15 | Benn. Crim. | 126/509 |
| 15-388 | State v. Morales | Affirmed | 11/3/15 | Chit. Crim. | 126/509 |
| 15-236 | Chandler v. Concord Group Insurance | Reargument denied | 11/13/15 | Windham Civ. | 126/509 |
| 15-402 | State v. Living Essentials, LLC | Denied | 11/13/15 | Orig. Juris. | 126/509 |
| 14-422 | State v. Smith | Reargument denied | 11/16/15 | Benn. Crim. | 126/509 |
| 15-419 | Wells Fargo Bank, N.A. v. Guldi | Dismissed | 11/17/15 | Windsor Civ. | 126/509 |